UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JULIE MCCALLA

    Plaintiff,

v.

CREDIT ONE BANK

    Defendants.

_____/

CASE NO.:

## NOTICE OF REMOVAL

Defendant, Credit One Bank (Credit One), through counsel, notices the removal of this action from the Circuit Court, Sixth Judicial Circuit in and for Pasco County, Florida and respectfully states as follows:

1. Credit One is a defendant in this civil action filed by plaintiff, Julie McCalla .(plaintiff), in the Circuit Court, Sixth Judicial Circuit in and for Pasco County, Florida, titled *Julie McCalla v. Credit One Bank*, Case No. 2015-CA-002801 (hereinafter the "State Court Action").

2. Credit One removes this case pursuant to 28 U.S.C. § 1441, as plaintiff's Complaint purports to allege causes of action against Credit One that arise under federal law, including the Telephone Consumer Practices Act (TCPA), 47 U.S.C. § 227, *et seq.,* and claims that are supplemental to the federal claims, including the Florida Consumer Collection Practices Act, (FCCPA), § 559, *et. seq.*

3. Pursuant to 28 U.S.C. § 1446(b), Credit One has timely filed this Notice of Removal. Credit One was served with plaintiff's Complaint on October 7, 2015. This Notice of Removal is filed within 30 days of receipt of the Complaint by Credit One.

4. Attached hereto as Exhibit 1 and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action within Credit One's possession. No further proceedings have taken place in the State Court Action.

5. As of the date of this filing, the defendant consents to removal of the State Court Action.

6. A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the Circuit Court, Sixth Judicial Circuit, in and for Pasco County, Florida.

WHEREFORE, Defendant, Credit One Bank, hereby removes to this Court the State Court Action.

Respectfully Submitted,

*/s/ Michael P. Schuette*
Michael P. Schuette, Esq.
Florida Bar No. 0106181
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618
Telephone: (813) 890-2472
Facsimile: (866) 466-3140
mschuette@sessions-law.biz
dvanhoose@sessions-law.biz

*Attorneys for Defendant,*
*Credit One Bank*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of November 2015, a copy of the foregoing was filed electronically.  A true and correct copy of the foregoing was sent via email to plaintiff's counsel as described below.

Christie D. Arkovich, Esq.
Christie D. Arkovich, P.A.
1520 W. Cleveland Street
Tampa, Florida 33606

*/s/ Michael P. Schuette*
Attorney