# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JULIE MCCALLA

                                                    CASE NO.: 8:15-cv-02615-MSS-TGW

    Plaintiff,

    v.

CREDIT ONE BANK

    Defendants.

_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, Credit One Bank (Credit One), by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents.  Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.


Dated: November 17, 2015                Respectfully Submitted,

                                                        */s/ Michael P. Schuette*
                                                        Michael P. Schuette, Esq.
                                                        Florida Bar No. 0106181
                                                        Dayle M. Van Hoose, Esq.
                                                        Florida Bar No. 0016277
                                                        SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                                                        3350 Buschwood Park Drive, Suite 195
                                                        Tampa, FL 33618
                                                        Telephone:   (813) 890-2472
                                                        Facsimile:    (866) 466-3140
                                                        mschuette@sessions-law.biz

dvanhoose@sessions-law.biz

*Attorneys for Defendant,*
*Credit One Bank*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of November 2015, a copy of the foregoing was filed electronically. A true and correct copy of the foregoing was sent via email to plaintiff's counsel as described below.

Christie D. Arkovich, Esq.
Christie D. Arkovich, P.A.
1520 W. Cleveland Street
Tampa, Florida 33606

*/s/ Michael P. Schuette*
Attorney